UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1402 JLS (MRW) | Date | October 2, 2013 |
|---|---|---|---|
| Title | Watson v. City of Ontario Police Dept., et al. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

The Court previously issued an order screening this pro se civil rights complaint. (Docket # 7.) Pursuant to 28 U.S.C. § 1915(e)(2), the Court declined to order service of the complaint due to numerous pleading deficiencies. The Court directed Plaintiff to submit a proposed amended complaint by September 23, 2013, curing those defects. However, to date, Plaintiff failed to file anything in response to the Court's order.

Therefore, IT IS ORDERED that Plaintiff show cause why this action should not be dismissed under Federal Rule of Civil Procedure 41 for failure to prosecute the action or to comply with a Court order. Plaintiff must file her response to the Court's OSC by or before October 21, 2013, or the action will be terminated.