1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERALDINE WATSON,  ) Case No. ED CV 13-1402 JLS (MRW)
                Plaintiff,  )
      vs.  ) JUDGMENT
CITY OF ONTARIO POLICE  )
DEPARTMENT, et al.,  )
              Defendants.  )
_____

    Pursuant to the Order Dismissing Action Without Prejudice,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: December 2, 2013

                                  _JOSEPHINE L. STATON_____
                                 HON. JOSEPHINE L. STATON
                                 UNITED STATES DISTRICT JUDGE